# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD EDWARD BROWN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 77269

FILED

DEC 1 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus seeks an order directing the district court to grant petitioner's motion to compel the now-adult victim to submit to an independent psychological examination in a child abuse prosecution. We conclude that our intervention by extraordinary writ is not warranted. *See* NRS 34.160; NRS 34.170; *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *see also Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus is discretionary). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

Supreme Court
of
Nevada

(O) 1947A

18- 908155

cc: Hon. Douglas Smith, District Judge
Turco & Draskovich
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk